## THE STATE OF IOWA v. MYERS.

1. **Criminal law:** DECLARATIONS OF CONFEDERATES. Where two or more persons combine to do an unlawful act, the acts and declarations of each, made and done with reference to the common purpose, implicate all alike. Each is guilty and may be punished as a principal.

2. —— ASSAULT. An assault may be committed without inflicting any personal injury.

3. —— CRIMINAL NEGLIGENCE. Recklessly shooting into a crowd and wounding some one not intended to be injured is criminal.

*Appeal from Mahaska District Court.*

THURSDAY, JANUARY 18.

THE defendant was tried and convicted of an assault with intent to inflict a great bodily injury. Supposed errors of instruction by the court to the jury, were made the ground of a motion for a new trial, which was overruled and the defendant appeals.

*Z. T. Fisher* for the appellant.

*Isaac L. Allen,* Attorney-General, for the State.

Alger v. Farley & Chrisman.

Lowe, Ch. J. — The substance of the instructions to the jury, objected to, may be stated as follows :

That if two or more persons combine to do an unlawful act, the declarations and acts of each, made and done with

1. CRIMINAL LAW: declarations of confederates. reference to the common purpose, implicate alike all, and each in law is guilty and may be punished for the offense as a principal. And, therefore, it is immaterial whether the shot which wounded George Georg was, in fact, fired by the defendant, provided he was one of the guilty confederates.

An assault may be committed without doing any per-

2. ——— assault. sonal injury. Recklessly shooting into a crowd,

3. ——— criminal negligence. and wounding some one, not intended, is criminal.

This is good law, and the evidence certified up, not only justified its enunciation, but showed its pertinency to the case.

Discovering no error in the proceedings, the judgment below *stands*

Affirmed.